1 | Bruce L. Simon (Bar No. 92641)
       bsimon@psswplaw.com
2 | Esther L. Klisura (Bar No. 221171)
       eklisura@psswplaw.com
3 | PEARSON, SIMON, SOTER, WARSHAW
       & PENNY, LLP
4 | 44 Montgomery Street, Suite 1200
   | San Francisco, CA 94104
5 | Telephone:   (415) 433-9000
   | Facsimile:   (415) 433-9008
6 |
7 | Clifford H. Pearson (Bar No. 108523)
       cpearson@psswplaw.com
   | Gary S. Soter (Bar No. 67622)
8 |    gsoter@psswplaw.com
   | Daniel L. Warshaw (Bar No. 185365)
9 |    dwarshaw@psswplaw.com
   | PEARSON, SIMON, SOTER, WARSHAW
10 |   & PENNY, LLP
   | 15165 Ventura Boulevard, Suite 400
11 | Sherman Oaks, CA 91403
   | Telephone:   (818) 788-8300
12 | Facsimile:   (818) 788-8104

13 | *Counsel for Plaintiff Yoon S. Chang and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. C06-1793 CRB<br><br>MDL No. 1793 |
| YOON S. CHANG, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>            Defendants. | Case No. C07-4244 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YOON S. CHANG'S ADMINISTRATIVE MOTION TO RELATE CASES** |

771768.1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

|   |   |
|---|---|
| 1 | On August 21, 2007, plaintiff Yoon S. Chang filed an Administrative Motion to |
| 2 | Relate Cases pursuant to Civil Local Rule 3-12.  The Court having considered the papers |
| 3 | and pleadings on file, and good cause appearing, HEREBY GRANTS the motion. |
| 4 | IT IS HEREBY ORDERED that the following cases are deemed related and that all |
| 5 | later-filed cases are re-assigned to the Honorable Charles R. Breyer. |
| 6 | 1. *In re International Air Transportation Surcharge Antitrust Litigation* |
| 7 | Master File No. C06-1793 CRB |
| 8 | 2. *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.* |
| 9 | Case No. C07-3985 MEJ |
| 10 | 3. *Hwa Ja Chung v. Korean Air Lines Co., Ltd.* |
| 11 | Case No. C07-4016 BZ |
| 12 | 4. *Ben Lee v. Korean Air Lines Co., Ltd.* |
| 13 | Case No. C07-4085 JL |
| 14 | 5. *Yun Choi v. Korean Air Lines Co., Ltd.* |
| 15 | Case No. C07-4173 JCS |
| 16 | 6. *Yoon S. Chang v. Korean Air Lines Co., Ltd., et al.* |
| 17 | Case No. C07-4244 MMC |
| 18 | SO ORDERED. |

Dated: __August 22, 2007____



_____
United States District Court

771768.1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104